AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

AHG

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
SEP 21 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    GGV    DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Records of expliamdavis@gmail.com obtained from )
Google LLC on May 21, 2021 )
)
)

Case No. '22 MJ3352

~~NOT FOR PUBLIC VIEW~~

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Southern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____September 26, 2022_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Allison H. Goddard_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 09/12/2022 · 9:17 am

City and state: San Diego, California

Hon. Allison H. Goddard, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| | | |
|---|---|---|
| Case No.: '22 MJ3352 | Date and time warrant executed: September 13, 2022, 10:00am | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

See attached report and attachment

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/20/22

*Executing officer's signature*

Nicholas T. Chevison / Special Agent
*Printed name and title*

FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry  09/15/2022

    On May 17, 2021, United States Magistrate Judge Michael S. Berg of the United States Southern District of California authorized a search warrant (21MJ01948) to Google for email account expliamdavis@gmail.com.

    On May 19, 2021, SA Nicholas I. Cheviron provided service of the search warrant on Google through their "LERS.Google.com" web portal for the target email "expliamdavis@gmail.com."

    On May 21, 2021, Special Agent Nicholas I. Cheviron received notification from Google to access the Google Legal Records Portal to retrieve the search warrant results. The results were downloaded by SA Cheviron on May 21st.

    However, due to other investigative priroties, a rview of the search warrant results was not completed during the timeframe outlined in the affidavit. Therefore, a piggyback warrant was applied for and granted by the United States Magistrate Judge Allison H. Goddard on September 12, 2022.

    On September 13, 2022, SA Cheviron completed the review of the search warrant return pursuant to the procedures outlined in the affidavit. A copy of the original return will be maintained in the 1A section of the file. The account of "expliamdavis@gmail/com" only contained 2 emails.  One of the emails was pertineant and is described belwo:

    - One email sent by expliamdavis@gmail.com to expliamdavis@gmail.com on Februay 18, 2021 at approximately 2:31 am. The email did not contain any correspondence an included one attachment, which was scanned and included in the 1A section of this report.

    SA Cheviron submitted the original search warrant/return notification to United States Magistrate Judge Goddard of the United States Southern District of California.

Investigation on  09/13/2022  at  San Diego, California, United States (Email)

File #  245T-SD-2864529-302                                Date drafted  09/14/2022

by  Nicholas I. Cheviron

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

## ATTACHMENT A
## INFORMATION TO BE SEARCHED

The FBI San Diego Field Office maintains a copy of records of expliamdavis@gmail.com obtained from Google LLC pursuant to the Prior Warrant on May 21, 2021. These records are located at the FBI San Diego Field Office at 10385 Vista Sorrento Parkway, San Diego, CA 92121.

## ATTACHMENT B

The search of the data supplied by Google LLC pursuant to the Prior Warrant (at Exhibit A, incorporated herein) for expliamdavis@gmail.com will be conducted by the FBI as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the period of January 1, 2021, to May 17, 2021, and to the seizure of:

a. Communications, records, and attachments tending to discuss or establish the creation of businesses, records, invoices, transactions, Bill of Lading information, and shipping information to conceal the distribution of controlled substances or to set up test runs of such shipments;

b. Communications, records, and attachments tending to discuss the legitimate cargo or details of the modes of transportation being used conceal the distribution of narcotics or to set up test runs of such shipments;

c. Communications, records, and attachments tending to identify the individuals and locations sourcing the concealed narcotics as well as the recipient individuals and locations and Ports of the concealed narcotics;

d. Communications, records, and attachments tending to identify the users of screen names TOM FORD, Sion, and any co-conspirators (such as Liam Davis) involved in the activities in paragraphs (a)-(c) above; and

e. Communications, records, and attachments that provide context to any communications described above, such as electronic mail sent or received in temporal proximity to any relevant electronic mail and any electronic mail tending to identify user(s) of the subject account.

**which are evidence of violations of Title 21, United States Code, Sections 841(a)(1), 846.**